UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Ivan Jimenez

Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-   ( ) ( )

21 mj 6018

Defendant  Ivan Jimenez                                                 hereby voluntarily consents to participate in the following proceeding via _x_ videoconferencing or _x_ teleconferencing:

_x_   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_x_   Bail/Detention Hearing

___   Conference Before a Judicial Officer

Ivan Jimenez /AEV w/ permission
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)
Ivan Jimenez

_____
Print Defendant's Name

/S/ Joseph A. Vita
_____
Defendant's Counsel's Signature

Joseph A. Vita

_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

6/10/21
_____
Date

Andrew Krause
_____
~~U.S. District Judge~~/U.S. Magistrate Judge